UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Tania Elizabeth Deltoro

Case No.: 20-12166
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Bunce D. Atkinson__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M Gravelle__ on __May 5, 2020__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
7 West George Street
South River, NJ
Value: $200,000.00

Liens on property:
Quicken Loans
PO Box 6577
Carol Stream, IL 60197
$222,634.26

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee
Address: PO Box 8415, Red Bank, NJ 07701
Telephone No.: (732) 530-5300

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                  Case No. 20-12166-CMG
Tania Elizabeth Deltoro                                                 Chapter 7
           Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 2           Date Rcvd: Apr 06, 2020
                              Form ID: pdf905         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
db             +Tania Elizabeth Deltoro,   7 West George Street,    South River, NJ 08882-1934
518704133      +Chase Card Services,   PO Box 1423,    Charlotte, NC 28201-1423
518704140      +Comenity Capital Bank/Alpha Credit Card,    PO Box 183043,    Columbus, OH 43218-3043
518704144      +Cross River Bank,   885 Teaneck Road,    Teaneck, NJ 07666-4547
518704146      +First Premier Bank,   PO Box 5519,    Sioux Falls, SD 57117-5519
518704145      +First Premier Bank,   PO Box 5147,    Sioux Falls, SD 57117-5147
518704147      +First Premier Bank,   PO Box 5529,    Sioux Falls, SD 57117-5529
518704150      +JPMCB Card Services,   PO Box 901065,    Fort Worth, TX 76101-2065
518704151      +Quicken Loans Inc,   PO Box 6577,    Carol Stream, IL 60197-6577
518704152      +RockLoans Marketplace,   Rocket Loans,    1274 Library Street,    Detroit, MI 48226-2256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 07 2020 01:05:13      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 07 2020 01:05:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518704129      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 07 2020 01:10:02      Capital One Bank,
                 PO Box 6492,   Carol Stream, IL 60197-6492
518704130      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 07 2020 01:10:49      Capital One Services,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
518704134      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 07 2020 01:04:58      Comenity Bank,
                 PO Box 183003,   Columbus, OH 43218-3003
518704135      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 07 2020 01:04:57
                 Comenity Bank-Alphaeon-Cosmetic,   PO Box 659450,    San Antonio, TX 78265-9450
518704136      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 07 2020 01:04:57      Comenity Bank-Ulta,
                 PO Box 659450,   San Antonio, TX 78265-9450
518704137      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 07 2020 01:04:58
                 Comenity Bank/Alphaeon-Cosmetic,   PO Box 659622,    San Antonio, TX 78265-9622
518704138      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 07 2020 01:04:58
                 Comenity Bank/Ultamate Rewards,   PO Box 659820,    San Antonio, TX 78265-9120
518704139      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 07 2020 01:04:58      Comenity Capital Bank,
                 PO Box 183043,   Columbus, OH 43218-3043
518704141      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 07 2020 01:04:58      Comenity Capital Bank/Ulta,
                 PO Box 183043,   Columbus, OH 43218-3043
518704142      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 07 2020 01:09:26      Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
518704143      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 07 2020 01:10:11      Credit One Bank,
                 PO Box 60500,   City of Industry, CA 91716-0500
518704148      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 07 2020 01:04:38      Internal Revenue Service,
                 Special Procedures Bankruptcy Section,    PO Box 7346,   Philadelphia, PA 19101-7346
518704149       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 07 2020 01:09:59      JPMCB Card Services,
                 PO Box 15077,   Wilmington, DE 19850
518704131       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 07 2020 01:10:01      Chase,   PO Box 15123,
                 Wilmington, DE 19850
518704132       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 07 2020 01:09:59      Chase,   PO Box 15298,
                 Wilmington, DE 19850
518704153      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 00:58:18      Syncb/Amazon,   Synchrony Bank,
                 PO Box 965007,   Orlando, FL 32896-5007
518704154      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 00:58:19      Syncb/Care Credit,
                 Synchrony Bank,   PO Box 965007,    Orlando, FL 32896-5007
518704155      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 00:57:56      Syncb/PC Richard,
                 Synchrony Bank,   PO Box 965007,    Orlando, FL 32896-5007
518708332      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 00:58:47      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518704156      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 00:58:19      Synchrony Bank,   PO Box 965060,
                 Orlando, FL 32896-5060
518704158      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 00:58:50      Synchrony Bank,   PO Box 960061,
                 Orlando, FL 32896-0061
518704157      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 00:58:46      Synchrony Bank,   PO Box 965013,
                 Orlando, FL 32896-5013
518704159      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2020 00:58:20      Synchrony Bank/Amazon,
                 PO Box 960013,   Orlando, FL 32896-0013
                                                                                              TOTAL: 25

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin                 Page 2 of 2               Date Rcvd: Apr 06, 2020
                              Form ID: pdf905             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
              Bunce Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
               atkinson@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph I. Windman    on behalf of Debtor Tania Elizabeth Deltoro jwindman@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```