Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                      Case No.:  20–12166–CMG
                                      Chapter:  7
                                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tania Elizabeth Deltoro
   aka Tania Elizabeth Moreno
   7 West George Street
   South River, NJ 08882

Social Security No.:
   xxx–xx–4076

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 11, 2020</u>                   <u>Christine M. Gravelle</u>
                                         Judge, United States Bankruptcy Court